UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DANIEL KING,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and<br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:15-CV-00029 (JDL) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Daniel King, Defendant Bank of America, N.A. and Defendant Aetna Life Insurance Company, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned matter in its entirety, with prejudice and without costs or fees to any party, and waiving all rights of appeal.

AM 54094885.1

**So Stipulated,**

/s/ John P. Gause
John P. Gause, Esq., Bar No. 8192
Eastern Maine Law, LLC
One Cumberland Place, Suite 314
Bangor, ME 04401
Tel.: 207-947-5100
Fax: 207-945-4721
Email: jgause@easternmainelaw.com
*Attorneys for Plaintiff, Daniel King*

Dated: September 22, 2015

Siobhan M. Sweeney, Esq., pro hac vice
Locke Lord LLP
111 Huntington Avenue
Boston, MA 02199
Tel.: 617-517-5596
Fax: 888-325-9182
Email: siobhan.sweeney@lockelord.com

Jeff Goldman
MORGAN, LEWIS & BROCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Tel. 617-951-8000
*Attorneys for the Defendant Bank of America, N.A.*

Dated: 10/23/2015

Kenneth J. Kelly, Esq.
Epstein Becker Green
250 Park Avenue
New York, NY 10177
KKelly@ebglaw.com
*Attorneys for Defendant Aetna Life Insurance Company*

Dated: Oct. 21, 2015

**So Ordered,**

Dated: _____, 2015

_____
U. S. D. J.